UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION

ROCKHOUSE ENTERPRISES, LLC,

      PLAINTIFF,

v.

CARBON REDUCTION RESOURCES, LLC,
DANIEL LANGLEY, AND RICHARD BEN
HAYMAKER, III,

      DEFENDANTS.


PICCOLOMINI DEVELOPMENT, LLC

      INTERVENOR PLAINTIFF,

v.

CARBON REDUCTION RESOURCES, LLC;
DANIEL LANGLEY; ROCKHOUSE
ENTERPRISES, LLC; WILLIAM T. TINKER

      INTERVENOR DEFENDANTS.

CIVIL ACTION NO. 0:26-CV-00040-DLB-EBA

**ELECTRONICALLY FILED**

**THE PARTIES RULE 26(F) REPORT**
\*\*\* \*\*\* \*\*\*

Pursuant to this Court's Order dated April 21, 2026, [R. 40] and Federal Rules of Civil Procedure 16 and 26, the parties, by counsel, submit the following Joint Report of Planning Meeting:

1.     **Rule 26(f) Conference.** Plaintiffs, Intervening Plaintiff, and Defendants, by counsel, have conferred via telephone and participated in a Rule 26(f) conference on **May 11, 2026**.

2.     **Initial Disclosures.** The parties will complete by **June 12, 2026**, the initial disclosures required by Rule 26(a)(1).

11220568:v2

3. **Discovery Plan.** The parties propose the following discovery plan:

(a) **Discovery will be needed on these subjects:** Discovery will be needed on issues pertaining to the claims asserted by each party, including any resulting damages, as well as the affirmative defenses raised in the pleadings.

(b) **Electronically stored information:** The parties discussed electronically stored information and determined that disclosure or discovery of electronically stored information should be handled as follows: All electronically stored documents and information shall be maintained. If production or inspection of electronically stored documents or information is requested, the parties will endeavor to agree upon reasonable terms and conditions.

(c) **Privilege:** The Parties are unaware at this time of any issues that will need to be addressed regarding disclosure or discovery of any privileged information.

(d) The Parties propose that all discovery be commenced in time to be completed by **February 28, 2027.**

(e) **Interrogatories:** The number of interrogatories provided by Federal Rule of Civil Procedure 33 shall provide the maximum number of interrogatories by each party to any other named party.

(f) **Requests for Admission:** The Parties do not perceive a need to limit the number of requests for admissions.

(g) **Depositions:** The parties shall take a maximum of ten (10) depositions each.

(h) **Deposition Length:** The Parties agree to limit each deposition to 7 hours of testimony.

(i) Plaintiff and Intervening Plaintiff shall disclose the identity of expert witnesses who may be used at trial and written reports by the expert witnesses as required by Rule 26(a)(2) by

2

**December 15, 2026.** Defendants shall disclose the identity of expert witnesses who may be used at trial and written reports by the expert witnesses as required by Rule 26(a)(2) by **January 30, 2027.** Supplementation of expert reports shall be governed by Rule 26(e).

(j) **Supplementation Under FRCP 26(e):** The Parties agree to supplement disclosures and responses by **February 28, 2027.**

4. **Other Items:**

(a) A pretrial conference can be set in the future.

(b) Plaintiff and Intervening Plaintiff shall join any additional party by **October 1, 2026.** Plaintiff shall amend his pleadings by **October 1, 2026.**

(c) Defendants shall join any additional party by **December 15, 2026.** Defendants shall amend their pleadings by **December 15, 2026.**

(d) All potentially dispositive motions and Daubert motions will be filed by **April 12, 2027.**

(e) Settlement potential cannot be evaluated until preliminary discovery is completed. If appropriate, the parties may consider alternative dispute resolution procedures, or as ordered by the Court.

(f) Pursuant to Rule 26(a)(3), the parties shall submit final witness lists **60 days prior to trial** and exhibit lists and designations of witnesses whose testimony will be presented by deposition **30 days prior to trial**.

(g) Pursuant to Rule 26(a)(3), the parties shall file objections **14 days prior to trial.**

(h) This case will be ready for trial by jury **90 days** after the Court rules on any dispositive motions.

11220568:v2

(i) The expected length of trial is 5 days.

(j) The parties consent to the referral of this case to Magistrate Judge Adkins

for all purposes, except trial, entry of judgment, and post-judgment proceedings.

Respectfully submitted and agreed to by:

/s/ Marshall R. Hixson
Marshall R. Hixson
Jacob T. Baird
STITES & HARBISON PLLC
250 West Main Street, Suite 2300
Lexington, KY 40507-1758
Telephone: (859) 226-2300
Email: mhixson@stites.com
        jbaird@stites.com

*Counsel for Carbon Reduction Resources, LLC, Daniel Langley and Richard Ben Haymaker III*

/s/ Jason Trent Ams (with permission)
Jason Trent Ams
Dentons Bingham Greenebaum LLP – Lexington
300 W. Vine Street, Suite 1300
Lexington, KY 40507
jason.ams@dentons.com

and

Brian Maloney
Marc Schneider
Dentons Cohen & Grigsby
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222

*Counsel for Piccolomini Development, LLC*

/s/ Sandra Spurgeon (with permission)
Sandra Spurgeon
Spurgeon Law Group, PSC
2716 Old Rosebud Road, Ste, 180
Lexington, KY 40509
Sspurgeon@spurgeonlawgroup.com

and

William W. Tinker, III
McFarland Tinker Law, PSC
716 Tom Frazier Way
P.O. Box 209
Salyersville, Kentucky 41465
Bill2018@mcfarland-tinker.com

and

Kirk A. Laughlin
The Poppe Law Firm
8700 Westport Road
Justice Plaza, Suite 201
Louisville, KY 40242
502-895-3400
Fax: 502-895-3420
kirk@poppelawfirm.com
hans@poppelawfirm.com

*Counsel for Plaintiff*

4